# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA

VERSUS

RANDY LEE TURNER

NO. 2025 KW 0281

JUNE 16, 2025

---

In Re:    Randy Lee Turner, applying for supervisory writs, 32nd Judicial District Court, Parish of Terrebonne, No. 717086.

---

BEFORE:    McCLENDON, C.J., GREENE AND STROMBERG, JJ.

**WRIT DENIED.** The record shows that relator voluntarily waived his right to a habitual offender hearing and admitted to the allegations contained in the habitual offender bill of information. As a result, relator waived appellate review of the sentence, his status as a habitual offender, and any claim that the State failed to prove the applicable cleansing period did not lapse. See La. R.S. 15:529.1(D)(1)(b); **State v. White**, 2021-0202 (La. App. 1st Cir. 10/4/21), 330 So.3d 663, 666-67; **State v. Kendall**, 2016-0207 (La. App. 1st Cir. 9/15/17), 231 So.3d 661, 663. Therefore, the district court did not err by denying the motion to correct an illegal sentence.

HG
TPS

McClendon, C.J., concurs. I would deny the writ application on the showing made.

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
FOR THE COURT